[No. 20071-6-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
EDWARD JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-00302-0, Frederick W. Fleming, J.,
entered October 30, 1995. *Reversed* by unpublished opinion
per Armstrong, J., concurred in by Houghton, C.J., and
Seinfeld, J.

[No. 20140-2-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST
JOSEPH PEREA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-04382-1, Nile E. Aubrey, J., entered
October 25, 1995. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20276-0-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
W. FISK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-8-00159-7, F. Mark McCauley, J.,
entered December 7, 1995. *Affirmed* by unpublished
opinion per Bridgewater, J., concurred in by Houghton,
C.J., and Hunt, J.

[No. 20366-9-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR
B. CRAWLEY III, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 95-1-01247-1, David R. Draper, J., entered
January 10, 1996. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Morgan and Hunt, JJ.